IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: May 11, 2018 |
| vs. | : | |
| | : | |
| JOSEPH MASSIMINO | : | Criminal No. 09-496-04 |

USM #36819-066
FDC - PHILADELPHIA
FEDERAL DETENTION CENTER
P.O. BOX 562
PHILADELPHIA, PA 19106

***PLEASE NOTE - NEW DATE**

    TAKE NOTICE that the above-entitled case has been set for **Evidentiary Hearing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on  **June 18, 2018**  at  **9:00 a.m**. before the Honorable Eduardo C. Robreno in Courtroom 15-A, 15th Floor.

    **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

    If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

    Very truly yours,

    s/ Ronald Vance
    Ronald Vance
    Deputy Clerk to Judge Robreno

[] INTERPRETER REQUIRED
[] THIS PROCEEDING HAS BEEN RESCHEDULED FROM

Notice to:

    Defendant (mailed)
    Linda Sheffield, Defense Counsel (via e-mail)
    Frank Labor, A.U.S.A. (via e-mail)
    U.S. Marshal (via e-mail)
    Probation Office (via e-mail)
    Pretrial Services (via e-mail)
    Larry Bowman (via e-mail)

Cr 4 (rev. 8/98)